UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : |
| MATTHEW P. LAYCHOCK | : Bankruptcy No. 19-11175JKF |
| | : |
| Debtor(s) | : Chapter 13 |

## ORDER

**AND NOW**, upon consideration of the Second Amended Motion to Dismiss Case filed by Scott F. Waterman, Standing Chapter 13 Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

FOR THE COURT

_____
Jean K. FitzSimon, B. J.

**Date: October 30, 2019**

Interested parties:

Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
Reading, PA 19606-0410

Robert C. Leite-Young, Esq.
Roach Leite & Manyin LLC
6950 Castor Avenue
Philadelphia, PA 19149

Matthew P. Laychock
525 Ryers Avenue
Cheltenham, PA 19012